United States District Court
Southern District of Texas
**ENTERED**
January 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERVE VADIM LANI, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3208 |
| | § | |
| SORAY LLC, d/b/a BOLLO, | § | |
|     Defendant. | § | |

## **DISMISSAL ORDER**

Plaintiff filed this lawsuit on September 10, 2018. Pursuant to Rule 4(m) of the Federal Rule of Civil Procedure, Plaintiff was required to serve Defendant within 90 days – December 9, 2018. There being no evidence of service on Defendant within the time requirements of Rule 4(m), the Court issued an Order [Doc. # 3] on December 14, 2018, directing Plaintiff by January 14, 2019, either to present evidence of service on Defendant or to show cause why this case should not be dismissed for lack of service. Plaintiff was cautioned that failure to comply by the deadline would result in dismissal of this case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has neither presented evidence of service on Defendant nor explained why the case should not be dismissed. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 15th day of **January, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE